**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHARLES HORN, | ) | 3:11-cv-00051-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STATE OF NEVADA, ex rel. its DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the settlement agreement and request for order of dismissal with prejudice (#14), this action is dismissed with prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.

DATED: This 25th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE